UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-14199

METROPOLITAN LIFE INSURANCE CO.,

    Plaintiff(s),

-v-

ELDRID RICHARD, ET.AL,

    Defendant(s).
_____/

PARTIAL
ORDER OF DISMISSAL

At a session of said Court, held in the United States Courthouse, in the City of Detroit, State of Michigan on January 21, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for lack of progress pursuant to Local Rule 41.2 has been sent to counsel of record. The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED as to defendant Eldrid Richard only.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: January 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 21, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager