UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,
                Plaintiff,

Case No. 09-cv-14199

vs.

Hon. Patrick J. Duggan

ELDRID RICHARDSON, WILBURT
DUANE RICHARDSON, AND BETA
CAPITAL CORPORATION,
                Defendants.
                              /

ORDER ALLOWING THE PAYMENT OF PLAN
BENEFITS AND DISMISSING THIS ACTION WITH PREJUDICE

Upon the reading and filing
of the Parties' stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that Interpleader Plaintiff Metropolitan Life Insurance Company ("MetLife") be allowed to pay the cemetery and the funeral home assignments that were assigned to Defendant Beta Capital Corporation in the total amount of $11,084.57 to Defendant Beta Capital Corporation from the life insurance benefits of $70,500.00 ("Plan Benefits") payable under the General Motors Life and Disability Program for Hourly Employees (the "Plan") by reason of the death of Jeanette Cook (the "Decedent").

IT IS FURTHER ORDERED that after payment of the Cemetery Assignment and the Funeral Home Assignment in the total amount of $11,084.57 to Defendant Beta Capital Corporation, MetLife shall pay the remaining Plan Benefits to Defendant Wilburt Duane Richardson.

IT IS FURTHER ORDERED that Eldrid Richardson, having previously been dismissed from the action for failure to answer the Complaint and for failure to respond to the Court's

Order to Show Cause, shall have no further claims for the Plan Benefits, plus any applicable interest, and that all Defendants are hereby restrained and enjoined from instituting any action or proceeding against MetLife, the Plan, General Motors Company and/or Motors Liquidation Company (formerly known as General Motors Corporation) for the Plan Benefits, plus any applicable interest, payable as a consequence of the death of the Decedent.

IT IS FURTHER ORDERED that upon payment of the Plan Benefits, plus any applicable interest, by MetLife to Defendant Beta Capital Corporation and Defendant Wilburt Duane Richardson as described above, MetLife, the Plan, General Motors Company and Motors Liquidation Company (formerly known as General Motors Corporation), shall be fully relieved of, and discharged from any and all liability with respect to payment of the Plan Benefits payable under the Plan by reason of the death of the Decedent.

IT IS FURTHER ORDERED that this action is dismissed in its entirety with prejudice.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  January 26, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2010, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager